No. 96–380. BARRY v. BURDINES ET AL. Sup. Ct. Fla. Certiorari denied.

No. 96–383. LINCOLN LOAN CO. v. CITY OF PORTLAND. Ct. App. Ore. Certiorari denied.

No. 96–390. SWIFTSHIPS, INC. v. LORAL CORP. C. A. 11th Cir. Certiorari denied.

No. 96–411. SYSTEMS FUEL, INC., ET AL. v. ALEXANDER. Sup. Ct. La. Certiorari denied.

No. 96–416. HASENSTAB v. NEW YORK CITY. C. A. 2d Cir. Certiorari denied.

No. 96–421. KUNTZ v. FADNESS, INDIVIDUALLY AND AS SUCCESSOR IN TRUST FOR FADNESS. Sup. Ct. Mont. Certiorari denied.

No. 96–441. TODD v. ALASKA. Sup. Ct. Alaska. Certiorari denied.

No. 96–444. SUAREZ CORPORATION INDUSTRIES v. WEST VIRGINIA, BY AND THROUGH MCGRAW, ATTORNEY GENERAL. Sup. Ct. App. W. Va. Certiorari denied.

No. 96–473. BRIGHTON MANAGEMENT SERVICES, INC., ET AL. v. PHILADELPHIA TAX REVIEW BOARD. Commw. Ct. Pa. Certiorari denied.

No. 96–480. JENKINS v. NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied.

No. 96–489. GRAY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–490. PIPES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–492. ROTHENBERG v. RUZICKA. C. A. 8th Cir. Certiorari denied.

No. 96–505. LINDEMANN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.